*Friday, September 18, 1992*
## DISCIPLINARY DOCKET

**92–1483.** In re Furtado. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Lorraine Theresa Furtado, Attorney Registration No. 0034627, is indefinitely suspended from the practice of law.

*Monday, September 21, 1992*
## MISCELLANEOUS DISMISSALS

**92–916.** State ex rel. Storey v. Larson. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective September 18, 1992.

**92–1050.** State ex rel. Isgett v. Gerlach. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective September 18, 1992.

**92–1495.** State ex rel. Timson v. Bowman. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective September 18, 1992.

*Tuesday, September 22, 1992*
## MERIT DOCKET

**92–1334.** State ex rel. Gutierrez v. Trumbull Cty. Bd. of Elections. *Trumbull County.* Appeal from the Court of Appeals for Trumbull County, No. 92–T–4698. Judgment affirmed, consistent with the opinion to follow.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1691.** State ex rel. Osborn v. Fairfield Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration of respondent's motion to dismiss,

IT IS ORDERED by the court that said motion to dismiss be, and the same is hereby, denied, effective September 21, 1992.

IT IS FURTHER ORDERED by the court that said writ of mandamus be, and the same is hereby, granted, and that respondent place relator's name on the ballot as an independent candidate for the 6th Ohio House District for the general election of November 3, 1992.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**91–374.** State v. Rojas. *Hamilton County,* No. C–8800332. On motion to dismiss, motion in opposition to any further stays of execution, motion to appoint master commissioner to determine validity of request to terminate all future appeals and collateral attacks upon the death sentence, and motion for stay of execution. Motion for stay of execution granted. All other motions are denied.